Leah M. Beligan (SBN 250834)
lbeligan@beliganlawgroup.com
Jerusalem F. Beligan (SBN 211258)
jbeligan@beliganlawgroup.com
**BELIGAN LAW GROUP, LLP**
19800 MacArthur Blvd., Ste. 300
Newport Beach, CA 92612
Telephone: (949) 224-3881

| | |
|---|---|
| James L. Simon (*pro hac vice* forthcoming) | Michael L. Fradin (*pro hac vice* forthcoming) |
| james@simonsayspay.com | mike@fradinlaw.com |
| **SIMON LAW CO.** | **FRADIN LAW** |
| 11 ½ N. Franklin Steet | 8401 Crawford Ave., Ste. 104 |
| Chagrin Falls, Ohio 44022 | Skokie, IL 60076 |
| Telephone: (216) 816-8696 | Telephone: (847) 986-5889 |

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Jacob Czyszczon, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Jumio, Inc.<br><br>    Defendant. | Case No. 5:24-cv-01677-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jacob Czyszczon hereby gives notice that this action is voluntarily dismissed. Defendant Jumio, Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntarily dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B)

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Dated: April 22, 2024

Respectfully submitted,

s/*Leah M. Beligan*
Leah M. Beligan, Esq. (SBN 250834)
lmbeligan@bbclawyers.net
Jerusalem F. Beligan, Esq. (SBN 211258)
jbeligan@bbclawyers.net
BELIGAN LAW GROUP, LLP
19800 MacArthur Blvd., Ste. 300
Newport Beach, CA 92612
Telephone: (949) 224-3881

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq. (pro hac vice forthcoming)
mike@fradinlaw.com
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228

**SIMON LAW CO.**

By: /s/ *James L. Simon*
James L. Simon (pro hac vice forthcoming)
james@simonsayspay.com
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696

- 2 -
**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**